DEYOE LOHNAS, Respondent, *v.* WILLIAM J. ARKELL,
Appellant.

(Argued March 6, 1893; decided March 21, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made December 28, 1891, which affirmed a judgment in favor
of plaintiff, entered upon the report of a referee.

*T. F. Hamilton* for appellant.

*Adelbert E. Carroll* for respondent.

Agree to affirm on opinions of General Term.
All concur.
Judgment affirmed.

WILLIAM M. MARTIN, Respondent, *v.* BERTRAND CLOVER et al.,
Appellants.

(Submitted March 13, 1893; decided March 21, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order which affirmed a judgment in favor of plaintiff, entered
upon the report of a referee.

*Bertrand Clover* appellant, in person.

*J. T. Marean* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.